### NEW PITTSBURG COAL CO v STILLWAGNER

Ohio Appeals, 4th Dist, Meigs Co

Decided Dec 18, 1933

For full opinion see 40 OLR 217; 191 NE 709; 47 Oh Ap 189.

Pomerene & Boulger, Columbus, and A. D. Russell, Pomeroy, for plaintiff in error.

Richard N. Larrimer, Columbus, and Fred W. Crow, Pomeroy, for defendant in error.